Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X



TARGET STORES, a division of
TARGET CORPORATION, and DOMETIC
CORPORATION

                Plaintiffs,

      - against -

EVERGREEN AMERICA CORPORATION,
EVERGREEN MARINE CORPORATION,
EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN INTERNATIONAL S.A.,
EVERGREEN INTERNATIONAL CORP.,
HATSU MARINE, and CHRISTAL LINES,
*in personam,* and the M/V EVER UNIFIC,
her engines, boilers, tackle, etc., *in rem.*

           Defendants.

-----------------------------------------------------------X

                **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private, non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

Target Corporation is Publicly Traded on the New York Stock Exchange (NYSE: TGT)

Dometic Corporation is a subsidiary of the private equity holding company BC Partners, London, UK, which is not publicly traded.

Dated: New York, New York
      September 11, 2007

                            HILL RIVKINS & HAYDEN
                            Attorneys for Plaintiffs,

By: _____
                            Kipp C. Leland (KL-0932)
                            45 Broadway, Suite 1500
                            New York, New York 10006