Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Christal Lines, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMAN MILLER, INC.<br>      Plaintiff,<br><br>- against –<br><br>M/V EVER UNIFIC, et. al.,<br>      Defendants.<br>------------------------------------------------------------------<br>------------------------------------------------------------------<br>TARGET STORES, a division of<br>TARGET CORPORATION, and DOMETIC<br>CORPORATION<br>      Plaintiffs,<br><br>- against-<br><br>EVERGREEN AMERICA CORPORATION, et. al.<br>      Defendants. | **ECF CASE**<br><br><br>**07 CV 7046 (JSR)**<br>**07 CV 7975 (JSR)**<br><br><br><br>**LOCAL RULE**<br>**7.1 Statement** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Christal Lines, Inc. ("Christal"), a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Christal Lines, Inc. or publicly held corporations that own 10% or more of Christal Line's stock:

            **C.H. Robinson Worldwide, Inc.**

Dated:  New York, New York
        February 4, 2008

                By: /s/ Barry Gutterman
                Barry N. Gutterman, Esq. (BG6410)
                Robert Briere, Esq. (RB6080)
                Barry N. Gutterman & Associates, P.C.
                60 East 42nd Street, 46th Floor
                New York, New York 10165
                (212) 983-1466

                - and -

                Of Counsel:
                Joel Steiner, Esq.
                Axelrod, Goodman, Steiner & Bazelon
                39 South LaSalle Street, Suite 920
                Chicago, ILL 60603
                (312) 236-9375

                Attorneys for Defendant
                Christal Lines, Inc.

To:  Kipp C. Leland, Esq. (KL 0932)
     Hill Rivkins & Hayden LLP
     45 Broadway, Suite 1500
     New York, New York 10006
     (212) 669-0600

     Attorneys for Plaintiffs
     Target Stores and Dometic Corporation


     Martin F. Casey, Esq.
     Casey & Bennett, LLC
     317 Madison Avenue, 2nd Floor
     New York, New York 10017
     (212) 286-0225

     Attorneys for Plaintiff
     Herman Miller, Inc.

Thomas Michael Grasso, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, New York 10038
(212) 430-0800

Attorneys for Defendant
Eagle Maritime Services, Inc.


Paul M. Keane, Esq.
Chichanowicz, Callan, Keane,
Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

Attorneys for Defendant
Evergreen American Corporation
and Related Evergreen named Defendants


CHR2803 7.1 Statement