Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TARGET STORES, a division of
TARGET CORPORATION, and DOMETIC
CORPORATION

               Plaintiffs,

   - against -

EVERGREEN AMERICA CORPORATION,
EVERGREEN MARINE CORPORATION,
EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN INTERNATIONAL S.A.,
EVERGREEN INTERNATIONAL CORP.,
HATSU MARINE, and CHRISTAL LINES,
*in personam*, and the M/V EVER UNIFIC,
her engines, boilers, tackle, etc., *in rem*.
               Defendants.
-------------------------------------------------------------X

07-CV-7975(JSR)

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08

This matter being settled between the parties, the above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated: New York, New York
       June 13, 2008

                                  HILL RIVKINS & HAYDEN
                                  Attorneys for Plaintiff,

                         By: _____
                         Kipp C. Leland (KL-0932)
                         45 Broadway, Suite 1500
                         New York, New York, 10006
                         212-669-0600

        CICHANOWICZ CALLAN KEANE
        VENGROWN AND TEXTOR LLP
        Attorneys for Defendants Evergreen
        America Corporation, Evergreen
        Marine Corporation, Evergreen
        Marine Corp. (Taiwan) Ltd.,
        Evergreen International S.A.,
        Evergreen International Corp., Hatsu
        Marine, And the M/V Ever Unific,

By: _____
    Paul Keane (PK-5934)
    61 Broadway, Suite 3000
    New York, New York, 10006
    212-344-7042


    BARRY N. GUTTERMAN &
    ASSOCIATES, P.C.
    Attorneys for Defendant
    Christal Lines


By: _____
    Barry N. Gutterman (BG-____)
    The Lincoln Building
    60 East 42nd Street
    46th Floor
    New York, New York, 10165
    212-983-1466


SO ORDERED

_____
Jed S. Rakoff, U.S.D.J.

6-13-08